## RECONSIDERATION OF PRIOR DECISIONS

**2009–0958.   State ex rel. Jones v. Bradshaw.**
Lorain App. No. 09CA009545. Reported at 123 Ohio St.3d 444, 2009-Ohio-5586, 917 N.E.2d 268. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2009–1341.   Morrow v. Reminger & Reminger Co., L.P.A.**
Franklin App. No. 08AP–925, 2009-Ohio-2665. Reported at 123 Ohio St.3d 1472, 2009-Ohio-5704, 915 N.E.2d 1254. On motion for reconsideration. Motion denied.

**2009–1451.   Trumbull Mem. Hosp. v. Karnofel.**
Trumbull App. No. 2008–T–0115, 2009-Ohio-1488. Reported at 123 Ohio St.3d 1473, 2009-Ohio-5704, 915 N.E.2d 1255. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*December 31, 2009*

[Cite as *12/31/2009 Case Announcements,* 2009-Ohio-6935.]

## MOTION AND PROCEDURAL RULINGS

**2009–2222.   State ex rel. Will v. Burge.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for redaction,

It is ordered by the court that the motion is granted, and counsel for relator shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, in this case within ten days of the date of this entry.